UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANNETTE COMBS, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.                                   Case No:   2:14-cv-00048-SPC-DNF

AARON'S INC. d/b/a/ AARON'S
SALES & LEASE OWNERSHIP,

      Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on review of the file. On February 28, 2014, Defendant Aaron's Inc. filed a Motion to Dismiss Count IX of Complaint, along with corresponding exhibits. (Doc. #8). Exhibit 2 to Defendant's Motion contains personal identifiers. (Doc. #8-2). As such, Defendant refiled a new Exhibit 2 with the appropriate redactions on March 3, 2014. (Doc. #9).

Accordingly, it is now **ORDERED**:

The Clerk is directed to remove the originally filed Exhibit 2 to Defendant's Motion (Doc. #8-2) from the docket.

**DONE** and **ORDERED** in Fort Myers, Florida this 4th day of March, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Intake Clerk, All Parties of Record

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.