UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANNETTE COMBS, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

Case No: 2:14-cv-00048-SPC-DNF

AARON'S INC. d/b/a/ AARON'S SALES & LEASE OWNERSHIP,

      Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiff Annette Combs and Defendant Aaron's Inc.'s Stipulated Motion to Strike Paragraphs 24-30 of the Second Amended Complaint (Doc. #49) filed on August 27, 2014.

Under Rule 12(f) of the Federal Rules of Civil Procedure, the Court "may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). In the instant case, the parties move to strike paragraphs 24 to 30 of the Second Amended Complaint without prejudice. Paragraphs 24 to 30 concern a 2011 jury trial in the United States District Court for the Southern District of Illinois, in which Defendant Aaron's Inc. was the named defendant. (Doc. #50 at ¶¶ 24-30). The parties aver, and the Court agrees, that striking these paragraphs will

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

"streamline the proceedings and thereby foster a more speedy and inexpensive determination of this act." (Doc. #49).  The information discussed in paragraphs 24 through 30 is also immaterial and impertinent to the case at hand.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Annette Combs and Defendant Aaron's Inc.'s Stipulated Motion to Strike Paragraphs 24-30 of the Second Amended Complaint (Doc. #49) is **GRANTED**.

(2) Plaintiff Annette Combs is **DIRECTED** to file and serve a third amended complaint in accordance with this Order no later than **October 7, 2014**, and Defendant Aaron's Inc. shall respond to the third amended complaint in accordance with the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of September, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record