UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANNETTE COMBS,

    Plaintiff,

v.                                                                  Case No:   2:14-cv-48-FtM-38DNF

AARONS, INC. d/b/a AARON'S
SALES & LEASE OWNERSHIP,

    Defendant.
_____/

## ORDER[1]

This matter is before the Court on review of Mediator Mark A. Hanley, Esq.'s Mediation Report filed on February 16, 2015. (Doc. #64). Plaintiff Annette Combs and Defendant Aarons, Inc. have settled the above-captioned case at mediation on February 11, 2015. (Doc. #64; Doc. #61). According to the Mediation Report, the parties are to notify the Court of the settlement in accordance with Middle District of Florida Local Rule 3.08 within ten (10) days of the mediation conference. (Doc. #64 at 1). To date, the Court has not received such notification from the parties.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The parties must advise the Court on or before **March 4, 2015**, as to the status of settlement in this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of February, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record